SLC

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)
IN THE CASE OF:

United States vs. Veronica M___

FOR
2009 APR 20 AM 9:45
AT
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

LOCATION NUMBER

PERSON REPRESENTED (Show your full name): _____

OK TO APPOINT
JLC 4-21-09

☒ 1 Defendant – Adult
☐ 2 Defendant – Juvenile
☐ 3 Appellant
☐ 4 Probation Violator
☐ 5 Parole Violator
☐ 6 Habeas Petitioner
☐ 7 2255 Petitioner
☐ 8 Material Witness
☐ 9 Other (Specify)

DOCKET NUMBERS
Magistrate: 09-mj-44
District Court:
Court of Appeals:

APR 23 2009

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor
Title 18 US Code 1703

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ ____
IF NO, give month and year of last employment. How much did you earn per month? $ ____
If married is your Spouse employed? ☐ Yes ☒ No
IF YES, how much does your Spouse earn per month? $ ____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
RECEIVED: $338   SOURCES: Unemployment

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No   IF YES, state total amount $ ____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
VALUE: $128000   DESCRIPTION: House which is in Foreclosure

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS:
☐ SINGLE
☒ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED
Total No. of Dependents: 2
List persons you actually support and your relationship to them:
Tayler Minor Daughter
Lucas Minor Son

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| Home | Mortgage | $128000 | $1128.00 |
| Loan | AIG | $5000 | $200 |
| Loan | RAC | $3000 | $170 |
| Loan | WF | $2000 | $500 |
| Regular Bills | | $500 | $500 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 4-17-09

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ _____

cc: FDO